UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | MDL No. 2918 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 8, 2019, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Maxine M Chesney.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chesney.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 8, 2019, and, with the consent of that court, assigned to the Honorable Maxine M Chesney.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: HARD DISK DRIVE SUSPENSION
ASSEMBLIES ANTITRUST LITIGATION                              MDL No. 2918


SCHEDULE CTO−1 − TAG−ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 19−12759 | Leff et al v. Headway Technologies, Inc. et al |
| MIE | 3 | 19−12407 | Fahey et al v. Headway Technologies, Inc. et al |
| MIE | 3 | 19−12459 | Kehilat Romemu Corp. v. NHK Spring Co. Ltd. et al |
| MIE | 3 | 19−12582 | Barry v. Headway Technologies, Inc. et al |
| MIE | 3 | 19−12636 | Zimmerman v. NHK Spring Co. Ltd. et al |
| **MINNESOTA** | | | |
| MN | 0 | 19−02196 | Now Micro, Inc. v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02357 | Voyager Technology Solutions, LLC v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02372 | Oda v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02399 | Challapalli v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02406 | Cimino v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02419 | Kluessendorf v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02477 | St. Cyr et al v. Hutchinson Technology Inc. et al |
| MN | 0 | 19−02531 | IT Worx, Inc. v. Headway Technologies, Inc. et al |
| MN | 0 | 19−02570 | LaBarbera v. Headway Technologies, Inc. et al |